UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 3:12-CV-00059-PMP-WGC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DAVID MARTINI, *et al.,* | ) | |
| Defendants. | ) | |

For the reasons set forth in Plaintiff's Opposition (Doc. #12),

**IT IS ORDERED** that Defendant's Motion to Dismiss the Complaint (Doc. #7) is **DENIED**.

DATED: May 29, 2012.

_____
PHILIP M. PRO
United States District Judge