UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cv-00059-PMP-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 9, 2013 |
| DAVID MARTINI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the parties' status report (Doc. # 30). The report reflects that the parties are continuing to make progress on the procedures outlined in District Judge Pro's Order (Doc. 27). Due to the volume of documentation produced by Defendants and to allow the United States time to adequately review these materials, Plaintiff suggests the court extend the stay herein by an additional thirty days and that the August 13, 2013 status conference be vacated and continued for thirty days. The government will provide a report on progress at that time.

Good cause appearing, the stay entered in this matter (Doc. #27) is extended **to and including September 16, 2013.** The August 13, 2013 status conference is hereby **VACATED** and **RESCHEDULED** to **September 16, 2013, at 11:00 a.m.** The parties' status report is due on **September 11, 2013.**

   IT IS SO ORDERED.

                                                                LANCE S. WILSON, CLERK

                                                                By:        /s/
                                                                     Deputy Clerk