UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:12-cv-00059-PMP-WGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| DAVID J. MARTINI, *et al.*, ) | |
| Defendants. ) | |

On September 16, 2013, the Honorable William G. Cobb, United States Magistrate Judge, conducted a status conference (Doc. #33) at which the Parties outlined the parameters of a proposed settlement of this action. Judge Cobb understandably expressed concerns that the settlement proposed would entail this Court retaining the action as open, but dormant for approximately one year. Judge Cobb therefore directed the Parties finalize the Settlement Agreement and that the case be set for a status conference before the undersigned for final approval.

**IT IS THEREFORE ORDERED** that this case is hereby set for a telephonic status conference before the undersigned on **Tuesday, November 19, 2013 at 11:00 a.m.** regarding settlement. Counsel shall call the Court's conference line at **702-868-4909** at least five minutes prior to the hearing. The conference code number is **123456**. To ensure a clear record, speaker and cell phones are prohibited. The call must be made using a land line phone.

DATED: August 18, 2013.

_____
PHILIP M. PRO
United States District Judge